# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br>LISA MERK,<br><br>                Respondent. | **Case No.** CR05-5697<br><br>ORDER DENYING MOTION<br>FOR RECONSIDERATION |

THIS MATTER comes before the court on Defendant's Motion to Reconsider Sentence. The court has reviewed the motion, the files and records herein including but not limited to the correspondence dated January 18, 2006 from the defendant to the court (Doc.# 15).

Local Rule CR 7(e) provides as follows:

> (1) Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.
>
> (3) No response to a motion for reconsideration shall be filed unless requested by the court.
> . . . . . .

In this instance there is no claim or showing of a manifest error in the court's sentence. No response is requested.

**Defendant's motion for Reconsideration is Denied**.

January 30, 2006

      /s/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 1